1  DAVID W. FERMINO, ESQ.
   FEDERAL PUBLIC DEFENDERS OFFICE
2  450 GOLDEN GATE AVENUE
   P.O. BOX 36106
3  SAN FRANCISCO, CA 94102
   TELEPHONE NO. (415) 436-7700

4
   Attorneys for Defendant
5  JING SHAN ZHOU

6

7                    UNITED STAES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STAES OF AMERICA,              CASE NO. 3:05-mj-70522-MAG

11          Plaintiff,

12      v.                               **SUBSTITUITON OF COUNSEL**

13 JING SHAN ZHOU,

14          Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF COUNSEL

1    Defendant Jing Shan Zhou, hereby substitutes Robert Hartmann and Stanley L. Friedman,

2  who are retained counsel.

3    The following are counsel's addresses, telephone numbers and State Bar numbers:

4    Robert Hartmann, Esq. (CA SBN 128705)
     1301 Dove Street, Suite 1050
5    Newport Beach, CA 92660
6    Telephone No. (714) 543-2266
     Facsimile No. (714) 543-8155
7

8    Stanley L. Friedman, Esq. (CA SBN 120551)
     445 S. Figueroa Street, 27th Floor
9    Los Angeles, CA 90071-1631
10   Telephone No. (213) 629-1500
     Facsimile No. (213) 489-6899
11

12  As attorneys of record in place and stead of Deputy Federal Public Defender David W. Fermino.

13  Dated  08/02/05 .
                                    Jing Shan Zhou
14

15  Dated: 8/3/05 .
                                    David W. Fermino
16

17  I am duly admitted to practice in this District.

18

19  Dated  8/2/05 .
                                    Robert Hartmann
20

21  Dated August 2, 2005
22                                  Stanley L. Friedman

23

24  Substitution of Attorney is hereby

                                    ___Approved___      ___Denied___
25

26  Dated 8/5/05 .
27                                  United States District Judge

28

-2-
SUBSTITUTION OF COUNSEL