1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVSBN 0722)
3  Acting Chief, Criminal Division

4  EDWARD TORPOCO (CSBN 200653)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7071
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 3-05-70522 |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PRELIMINARY EXAMINATION AND EXCLUDING TIME FROM SPEEDY TRIAL CALCULATION |
| v. ) | |
| JING SHAN ZHOU, ) | |
| Defendant. ) | |

With the agreement of the parties, the Court enters this Order vacating the preliminary hearing on August 18, 2005, setting a new preliminary hearing on September 22, 2005, documenting Defendant's waiver of the preliminary hearing date until September 22, 2005 under Federal Rule of Criminal Procedure 5.1, and excluding the time period from August 18, 2005 through September 22, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161.

The parties agree, and the Court finds and holds, as follows:

1. The Court has set a preliminary hearing for August 18, 2005 at 9:30 a.m. Undersigned defense counsel have received approximately 500 pages of initial discovery in this case. They require additional time to review the discovery and to meet and confer with the Defendant. Defense counsel have had a minimal opportunity to meet with the Defendant since

1  being retained. The availability of one of the undersigned attorneys has been significantly
2  limited due to a serious illness.
3    2. Given the foregoing facts, the parties request and agree that there is good cause
4  for the preliminary hearing to be reset for September 22, 2005, at 9:30 a.m. The parties stipulate
5  that the time limit for the filing of an information or indictment shall be extended under 18
6  U.S.C. § 3161(b). The parties further stipulate that the time period from August 18, 2005
7  through September 22, 2005 shall be excluded from the Speedy Trial Act calculation pursuant to
8  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
9    3. Given defense counsel's unavailability and the need for additional time to review
10 discovery and meet with the Defendant, the failure to grant the requested continuance would
11 unreasonably deny the Defendant effective preparation of counsel taking into account the
12 exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). In addition, the ends of justice
13 would be served by the Court excluding the proposed time period; these ends outweigh the best
14 interest of the public and the Defendant in a speedy trial. See id. § 3161(h)(8)(A), (B)(iv).
15   SO STIPULATED.

17 DATED:_____
                                              ROBERT HARTMANN
18                                            STANLEY L. FRIEDMAN
                                              Attorneys for Defendant Jinh Shan Zhou

21 DATED: 8/15/05
                                              EDWARD TORPOCO
22                                            Assistant United States Attorney

28 STIPULATION AND ORDER
   CR 3-05-70522                                  2

1  being retained. The availability of one of the undersigned attorneys has been signif[icantly]
2  limited due to a serious illness.
3      2.  Given the foregoing facts, the parties request and agree that there is g[ood cause]
4  for the preliminary hearing to be reset for September 22, 2005, at 9:30 a.m. The par[ties agree]
5  that the time limit for the filing of an information or indictment shall be extended under 18
6  U.S.C. § 3161(b). The parties further stipulate that the time period from August 18, 2005
7  through September 22, 2005 shall be excluded from the Speedy Trial Act calculation pursuant to
8  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
9      3.  Given defense counsel's unavailability and the need for additional time to review
10 discovery and meet with the Defendant, the failure to grant the requested continuance would
11 unreasonably deny the Defendant effective preparation of counsel taking into account the
12 exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). In addition, the ends of justice
13 would be served by the Court excluding the proposed time period; these ends outweigh the best
14 interest of the public and the Defendant in a speedy trial. See id. § 3161(h)(8)(A), (B)(iv).
15     SO STIPULATED.

17 DATED: 8/15/05

18 ROBERT HARTMANN
   STANLEY L. FRIEDMAN
19 Attorneys for Defendant Jinh Shan Zhou

21 DATED: 8/15/05

22 EDWARD TORPOCO
   Assistant United States Attorney

[handwritten margin note: Please fax to Mr. Torpoco]

28 STIPULATION AND ORDER
   CR 3-05-70522

2

1 | In light of the foregoing facts, and with the consent of the parties, the Court hereby (1) vacates the preliminary hearing on August 18, 2005, (2) sets a new preliminary hearing date of September 22, 2005, at 9:30 a.m., (3) finds that the Defendant has waived a preliminary hearing until September 22, 2005 under Federal Rule of Criminal Procedure 5.1, and (4) orders that the period from August 18, 2005 through September 22, 2005 be excluded from the Speedy Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 15 Aug 05

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION AND ORDER
(CR 3-04-30439)                                3