KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Acting Chief, Criminal Division

EDWARD TORPOCO (CSBN 200653)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 05-00632 MHP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL CALCULATION |
| v. | ) | |
| JING SHAN ZHOU, | ) | |
| Defendant. | ) | |

    With the agreement of the parties, the Court enters this Order excluding the time period from October 31, 2005 through December 5, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161.

    The parties agree, and the Court finds and holds, as follows:

    1.    On October 31, 2005, the parties appeared before the Court for a trial setting in this matter. The Court set a status hearing date of December 5, 2005 at 10:00 a.m. and, with the stipulation of all parties, excluded the intervening time period from the Speedy Trial Act calculation. This written stipulation memorializes the Court's verbal order excluding said time period.

    2.    As ordered by the Court on October 31, 2005, an exclusion of the time period from October 31, 2005, through December 5, 2005 is appropriate because of the Defendants'

need to obtain and review discovery from the government.  Some of this discovery was relevant to an anticipated material witness deposition.  In total, the United States provided counsel with approximately 500 pages of discovery in this case.  Given the need for additional time to review discovery, the parties stipulated that the failure to grant the requested continuance would unreasonably deny the Defendants effective preparation of counsel taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  In addition, the parties stipulated that the ends of justice would be served by the Court excluding the proposed time period, and that these ends outweighed the best interest of the public and the Defendant in a speedy trial.  See id. § 3161(h)(8)(A), (B)(iv).

       SO STIPULATED.

DATED:__December 5, 2005_____         __/S/ STANLEY L. FRIEDMAN_____
                                                    STANLEY L. FRIEDMAN
                                                    Attorney for Defendant Jing Shan Zhou

DATED:__December 5, 2005____         _/S/ EDWARD TORPOCO_____
                                                      EDWARD TORPOCO
                                                    Assistant United States Attorney

       In light of the foregoing facts, and with the consent of the parties, the Court hereby orders that the period from October 31, 2005, through December 5, 2005, shall be excluded from the Speedy Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:__12/9/2005_____         _____
                                           HON. MARILYN HALL PATEL
                                           United States District Judge

STIPULATION AND ORDER
CR 05-00632 MHP                          2