**FILED**

JAN 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVSBN 0722)
3  Acting Chief, Criminal Division

4  EDWARD TORPOCO (CSBN 200653)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7071
7  FAX: (415) 436-7234

8  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JING SHAN ZHOU, et al.,<br><br>    Defendants. | No.: CR 05-00632 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING<br>SENTENCING HEARINGS |

   With the agreement of the parties, the Court enters this Order continuing the sentencing hearings of Defendants Jing Shan Zhou and Qing Zhou from Monday, February 6, 2006, at 9:00 a.m., to Monday, February 13, 2006, at 9:00 a.m.

   The parties agree, and the Court finds and holds, as follows:

   1.   On December 5, 2006, Defendants entered guilty pleas before the Court. At the request of the parties, the Court set expedited sentencing hearings for the Defendants on February 6, 2006, at 9:00 a.m.

   2.   Undersigned counsel for the United States is unavailable on the presently scheduled sentencing date, since he will be out of the country on February 6, 2006. Although another attorney for the Government could ordinarily appear for the United States at sentencing,

STIPULATION AND ORDER
CR 05-00632 MHP

the parties prefer that undersigned Government counsel be present at the sentencing due to the delicate nature of the plea negotiations that preceded the disposition in this case.

3. Apart from the foregoing, the parties note that Pre-Sentence Reports have not yet been finalized in this case. The parties have been working diligently with U.S. Probation to ensure that Pre-Sentence Reports are prepared for the Defendants on an expedited basis. As of the date of this stipulation, however, the parties have not yet received draft Pre-Sentence Reports for review. Last week, Probation informed the United States that it intended to complete the Reports in short order. However, given that the parties will require a reasonable amount of time to file sentencing memoranda with the Court, the parties now view February 13, 2006 as a more realistic sentencing date than February 6, 2006.

4. Given the foregoing, the parties request that the sentencing hearings for both Defendants be continued from Monday, February 6, 2006, at 9:00 a.m., to Monday, February 13, 2006, at 9:00 a.m., provided that said date is available on the Court's calendar. Probation does not object to the requested continuance.

5. The parties note that Defendant Qing Zhou will require the assistance of a court-certified Mandarin interpreter on February 13, 2006, as was the case during her prior court appearances.

SO STIPULATED.

DATED: JANUARY 24, 2006  /S/ ROBERT HARTMANN for
STANLEY L. FRIEDMAN
Attorney for Defendant Jinh Shan Zhou

DATED: JANUARY 23, 2006  /S/ ED SWANSON
ED SWANSON
Attorney for Defendant Qing Zhou

DATED: JANUARY 23, 2006  /S/ EDWARD TORPOCO
EDWARD TORPOCO
Assistant United States Attorney

STIPULATION AND ORDER
CR 05-00632 MHP                    2

1  In light of the foregoing facts, and with the consent of the parties, the Court hereby
2  continues the sentencing hearings for Defendants Jing Shan Zhou and Qing Zhou from Monday,
3  February 6, 2006, at 9:00 a.m., to Monday, February 13, 2006, at 9:00 a.m.
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/26/06

HON. MARILYN HALL PATEL
United States District Judge

STIPULATION AND ORDER
CR 05-00632 MHP                                       3